(COB Form)(12/03)

UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re:    Alvin Lee Rahm and Regina Michelle Rahm
aka(s), if any will be listed on the following page.

SSN/TID
Nos.      xxx−xx−4718
          xxx−xx−6992

Debtor(s)                                                Case Number.: 10−38328−EEB

## NOTICE OF REVOCATION OF DISCHARGE

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that pursuant to Bankruptcy Rule 4006 the following−described order has been issued in this proceeding:

Order Revoking Discharge dated: 12/10/2012

entered in Adversary Proceeding No.: 12−01605

Dated:  12/26/12                                         Bradford L. Bolton , Clerk
                                                         by: s/ Abbey Spresser

## Aliases Page

**Debtor aka(s):**
No Aliases for Debtor

**Joint Debtor aka(s):**
No Aliases for Joint Debtor